IN THE SUPREME COURT OF THE STATE OF DELAWARE

JULIUS BAYNARD, )
)     No. 281, 2014
Defendant Below, )
Appellant, )
)     Court Below - Superior Court
v. )     of the State of Delaware,
)     in and for New Castle County
STATE OF DELAWARE, )     Cr. No. 1303003225
)
Plaintiff Below, )
Appellee. )

Submitted: January 28, 2015
Decided:   January 29, 2015

Before **RIDGELY, VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 29th day of January, 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated February 5, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice